WEINBERG, ROGER & ROSENFELD

ASHLEY K. IKEDA  2955-0
JERRY P.S. CHANG 6671-0
Central Pacific Plaza
220 S. King Street, Suite 901
Honolulu, Hawaii  96813
Telephone No.:  (808) 528-8880
Facsimile No.:  (808) 528-8881
e-mail:  aikeda@unioncounsel.net
             jchang@unioncounsel.net

Attorneys for Plaintiffs TRUSTEES OF THE
HAWAII LABORERS' TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS (**Pension Fund** by its Trustees, Cedric Ota, Greg Uyematsu, Leonard Leong, Alan Shintani, Fred Lau, Karl Kamada, Mark Matsumoto, Peter Ganaban, Joby North II, Alfonso Oliver, Pete Lindsey, and Narsi Ganaban; **Health & Welfare Fund** by its Trustees, Russell Nonaka, Anacleto Alcantra, Ron Prescott, Mark Tagami, Mark Tamashiro, Alfonso Oliver, Mark Matsumoto, Peter Ganaban, Joby North II, and Richard Nishie; **Annuity Fund** by its Trustees, Ryan Wada, Clay Asato, Anacleto Alcantra, Craig Nakanishi, Claude Matsumoto, | CIVIL NO. 18-00255-SOM-KSC<br><br>**DEFAULT JUDGMENT BY CLERK AGAINST DEFENDANT RON'S CONCRETE SPECIALISTS, LTD., a Hawaii corporation** |

Mark Matsumoto, Alfonso Oliver, Peter Ganaban, Joby North II, and Richard Nishie; **Laborers' and Employers' Cooperation and Education Trust Fund (LECET)** by its Trustees, Kenneth Kobatake, Leonard Dempsey, Mark Tamashiro, Deron Matsuoka, Peter Ganaban, Mark Matsumoto, Joseph Yaw, and Alfonso Oliver; **Apprenticeship and Training Fund** by its Trustees, Stephen Yoshida, Van Goto, Scott I. Higa, Leonard Leong, Anthony Tomas, Peter Ganaban, Mark Matsumoto, Alfonso Oliver, Richard Nishie, and Alvis McCann; **Vacation & Holiday Fund by its Trustees**, Burt Watanabe, Kyle Nakamura, Anacleto Alcantra, Claude Matsumoto, Alfonso Oliver, Joby North II, Mark Matsumoto, and Peter Ganaban),

    Plaintiffs

 vs.

RON'S CONCRETE SPECIALISTS, LTD., a Hawaii corporation,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## DEFAULT JUDGMENT BY CLERK AGAINST DEFENDANT RON'S CONCRETE SPECIALISTS, LTD., a Hawaii corporation

Defendant RON'S CONCRETE SPECIALISTS, LTD., a Hawaii corporation ("Defendant"), having failed to plead or otherwise defend in this action and their default having been entered herein;

NOW, upon application of the above-named Plaintiffs and upon the declarations submitted, JUDGMENT IS HEREBY ENTERED against Defendant, in the sum of $46,659.04, together with interest accruing from July 31, 2018 until entry of this judgment herein at $7.63 per diem, plus legal interest from entry of this judgment until paid.

IT IS FURTHER ORDERED that the entry of this judgment shall be without prejudice to Plaintiffs' right to seek other and further sums owed by Defendant arising from hours worked during any period of time not heretofore audited.

DATED: Honolulu, Hawaii, August 7, 2018.

SUE BEITIA
CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

                /s/SUE BEITIA, CLERK by AFC
                _____
                DEPUTY CLERK,
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF HAWAII

---

*HAWAII LABORERS' TRUST FUNDS, et al. v. RON'S CONCRETE SPECIALISTS, LTD., A HAWAII CORPORATION*; United States District Court, District For Hawaii, CIVIL NO. 18-00255-SOM-KSC; DEFAULT JUDGMENT BY CLERK AGAINST DEFENDANT RON'S CONCRETE SPECIALISTS, LTD., a Hawaii corporation.